UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2024
```

-----------------------------------------------------------------------X

JESSICA KARIM,                                    :
                                                  :
                        Plaintiff,                :
                                                  :          24-cv-5035 (LJL)
            -v-                                   :
                                                  :              ORDER
TOUGH TRAVELER, LTD.,                             :
                                                  :
                        Defendant.                :
                                                  :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has received the attached email that purports to be from the defendant in this

matter.  No counsel has made an appearance for the defendant and the defendant, as a corporate

entity, cannot proceed pro se.  Accordingly, the Court will disregard this communication and any

other communications that are purportedly made on the defendant's behalf but are not made by

an attorney who has made an appearance for the defendant.


        SO ORDERED.


Dated: August 23, 2024
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                  United States District Judge